1
2
3
4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    REKHIMZHAN MUSSAYEV,                    Case No.  25-cv-00669-DMR

8                  Plaintiff,

9         v.                                **ORDER TO FILE NOTICE OF
                                            DISMISSAL OR STATEMENT WHY
10   BENJAMINE HUFFMAN, et al.,             CASE SHOULD PROCEED**

11                Defendants.               Re: Dkt. No. 15

12            This case has been stayed pending the adjudication of Plaintiff's Form I-589 Application

13   for Asylum and Withholding of Removal. [Docket No. 11.]  Svetlana Kaff, counsel for Plaintiff, is

14   no longer an active member of the State Bar of California or the Northern District of California.

15   The court ordered the parties to file a joint status report by December 30, 2025.  [Docket No. 12.]

16   The court also ordered Plaintiff to file a written statement by December 19, 2025 indicating

17   whether he intends to proceed without an attorney or if he intends to find a new attorney to

18   represent him in this action.  *Id.*

19            Plaintiff has not filed a response.  On December 30, 2025, Defendants filed a status report

20   indicating that USCIS issued a decision on Plaintiff's Form I-589 application on September 16,

21   2025.  [Docket No. 15.]

22            It therefore appears there are no remaining issues for the court to adjudicate. Accordingly,

23   no later than **January 22, 2026**, Plaintiff shall file a notice of dismissal or, if Plaintiff does not

24   believe dismissal is warranted, a written statement explaining why the case should continue,

25   including the specific issues that remain unresolved. Plaintiff is advised that failure to timely file a

26   written statement may result in the dismissal of this action for failure to prosecute. The case will

27   remain stayed until and through January 22, 2026.

28            The court refers Plaintiff to the section "Representing Yourself" on the Court's website,

United States District Court
Northern District of California

located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

Defendants shall serve a copy of this order on Plaintiff by **January 5, 2026** by any means reasonably necessary to provide actual notice, including, but not limited to, serving Plaintiff directly at the address listed in his petition for writ of mandamus [Docket No. 1 ¶ 1] or a more recent residential address if Defendants are aware of one. Defendants shall promptly file a proof of service thereof.

**IT IS SO ORDERED.**

Dated: December 31, 2025

_____
Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28