UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REKHIMZHAN MUSSAYEV,

Plaintiff,

v.

BENJAMINE HUFFMAN, et al.,

Defendants.

Case No. 25-cv-00669-ASK

**ORDER OF DISMISSAL**

Re: Dkt. No. 15

On January 20, 2025, Plaintiff brought this action "to request that this Court compel Defendants to reach a decision on Plaintiff's pending Form I-589," which was processed on April 3, 2020. Dkt. 1 at 1. This case has been stayed pending adjudication of Plaintiff's Form I-589 Application for Asylum and Withholding of Removal. Dkts. 10, 11. However, on December 30, 2025, Defendants filed a status report indicating that United States Citizenship and Immigration Services issued a decision on Plaintiff's Form I-589 application. Dkt. 15. It therefore appears there are no remaining issues for the Court to adjudicate.

On December 31, 2025, the Court ordered Plaintiff to file a notice of dismissal or a written statement explaining why the case should continue, including the specific issues that remain unresolved, by January 22, 2026. Dkt. 16. Plaintiff has not filed a notice of dismissal or a response to the Court's order. Plaintiff also failed to respond to the Court's earlier order regarding the status of counsel, which requested a written statement indicating whether Plaintiff needs to proceed as an unrepresented party by December 19, 2025. Dkt. 12. This case is therefore **DISMISSED without prejudice** for failure to prosecute. Dismissal is without prejudice to Plaintiff moving to vacate this Order and reopen the case if Plaintiff disputes Defendants' representations that his application was adjudicated. The Clerk of Court is directed to terminate this case.

Defendants shall serve a copy of this Order on Plaintiff by **March 17, 2026**, by any means reasonably necessary to provide actual notice, including, but not limited to, serving Plaintiff directly at the address listed in his petition for writ of mandamus or a more recent residential address if Defendants are aware of one. Defendant shall promptly file a proof of service thereof.

**IT IS SO ORDERED.**

Dated: March 11, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California

2